# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 10, 2025

Lyle W. Cayce
Clerk

No. 24-10772
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Willie Gonzales,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CR-93-1

———————————————————————

Before Wiener, Ho, and Ramirez, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Defendant-Appellant Willie Gonzales has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzales has not filed a response. We have reviewed counsel's brief and the relevant portions of the

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10772

record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.